UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-237 ODW(RCx) | Date | January 26, 2011 |
|---|---|---|---|
| Title | Lisa Human v. Acosta Inc et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):** Order to Show Cause re Dismissal for Failure to Comply With the Court's Scheduling and Case Management Order; Order Continuing Pretrial Conference

On March 2, 2010 the Court issued its Scheduling and Case Management Order [14], which set forth a schedule of pretrial hearing dates and deadlines, in particular the date by which pretrial documents must be lodged/filed.

The Court's Scheduling and Case Management Order includes the following caveat: **"If counsel fail to file the required Pre-Trial documents or fail to appear at the Pre-Trial Conference and such failure is not otherwise satisfactorily explained to the Court: (a) the cause shall stand dismissed for failure to prosecute if such failure occurs on the part of the plaintiff; (b) default judgment shall be entered if such failure occurs on the part of the defendant; or (c) the Court may take such action as it deems appropriate."**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-237 ODW(RCx) | Date | January 26, 2011 |
|---|---|---|---|
| Title | Lisa Human v. Acosta Inc et al | | |

      The parties in this case have failed to comply with the Scheduling and Case Management Order. To date, no pretrial documents have been lodged/filed with the Court.

      Accordingly, the Court orders the parties to show cause in writing on or before **Mon day, January 31, 2011** why this action should not be dismissed for failure to comply with the Scheduling and Case Management Order.  Instead of a written response, the Court will consider the following an appropriate response to its Order to Show Cause: filing/lodging of pretrial documents as set forth in the Scheduling and Case Management Order on or before **Monday, January 31, 2011.** If the parties have settled this case, the Court will accept a Notice of Settlement **that includes a date by which the parties expect settlement to be finalized.**

      No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or filing on or before the date upon which a response by the parties is due.

      The Pretrial Conference presently scheduled for January 31, 2011 at 3:30 p.m., is hereby CONTINUED to **Monday, February 14, 2011 at 2:30 p.m.** Motions In Limine, Proposed Voir Dire Questions and an Agreed-to Statement of the Case remain due on **Monday, January 31, 2011.** Any motions in limine filed are to be noticed for hearing on Monday, February 14, 2011 at 2:30 p.m.

      IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |